UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

vs.                                             Case No. 8:10-mc-157-T-27EAJ

JERRY BURDICK, et al.,

    Respondents.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 7). The Magistrate recommends that the Petition to Enforce Internal Revenue Service Summons (Dkt. 1) be granted. Neither party has filed objections to the Report and Recommendation.

Upon consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 7) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    1)     The Petition to Enforce Internal Revenue Service Summons (Dkt. 1) is **GRANTED**.

    2)     Within ninety (90) days, Respondents shall produce to Petitioner all documents which are requested by the summonses.

    3)     Respondents shall appear and give testimony before Revenue Officer Garrett within ten (10) days of producing the requested documents.

    4)     The clerk is directed to **CLOSE** this case. If Respondents fail to comply with the requirements of this order, Petitioner may move to reopen the case.

**DONE AND ORDERED** this 4th day of April, 2011.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to: Unrepresented parties, Counsel of record